## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT KELLY HANSEN, | : | |
| Plaintiff, | : | Case No. 2:09-cv-517 |
| v. | : | Judge Holschuh |
| TERRY J. COLLINS, | : | Magistrate Judge Abel |
| Defendant. | : | |
| | : | |

## ORDER

On January 4, 2010, Magistrate Judge Abel issued a Report and Recommendation (Doc. 13) recommending that Defendant's July 31, 2009 motion to dismiss (Doc. 6) be denied. The parties were advised of their right to file objections to the Report and Recommendation and of the consequences of failing to do so. No objections have been filed within the time allotted. The Court therefore **ADOPTS** Magistrate Judge Abel's Report and Recommendation and **DENIES** Defendant's motion to dismiss.

**IT IS SO ORDERED.**

Date: January 29, 2010  /s/ **John D. Holschuh**
John D. Holschuh, Judge
United States District Court